CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
January 26, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER CLAY, | ) |
| Plaintiff, | ) Case No. 7:25-cv-00086 |
| v. | ) **MEMORANDUM OPINION** |
| SWVRJA-ABINGDON, *et al.*, | ) By:   Hon. Thomas T. Cullen |
| | )         United States District Judge |
| Defendants. | ) |

Plaintiff Christopher Clay, proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983. By Order entered February 10, 2025, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the Court with his new address. (Order ¶ 6, Feb. 10, 2025 [ECF No. 3].) The court further advised Plaintiff that his failure to provide an updated address would result in dismissal of this action. (*Id.*)

On January 5, 2026, an order mailed to Plaintiff was returned to the Court as undeliverable, indicating that Plaintiff is no longer incarcerated at SWVRJA – Haysi and providing no forwarding address. (*See* ECF No. 9.) To date, Plaintiff has not notified the court of his release or transfer or provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b).

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff's last known address.

**ENTERED** this 26th day of January, 2026.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE